**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

SAEJER DEONTE PARKER,

    Petitioner,                              Case No. 05-CV-71106

                                           HONORABLE AVERN COHN

v.

PAUL H. RENICO,

    Respondent.

_____/

**ORDER DENYING WITHOUT PREJUDICE
RESPONDENT'S MOTION FOR STAY PENDING APPEAL**

       This is a habeas case under 28 U.S.C. § 2254.  On August 30, 2006, the Court issued an Opinion and Order Granting Petition for Writ of Habeas Corpus, unconditionally granting the petition and ordering Petitioner's release.  Before the Court is Respondent's Motion for Stay Pending Appeal.  For the reasons stated on the record at the hearing on September 5, 2006, the motion is DENIED WITHOUT PREJUDICE.

       SO ORDERED.

                                                  s/Avern Cohn
                                                  AVERN COHN
                                                  UNITED STATES DISTRICT JUDGE

Dated:  September 5, 2006

I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, September 5, 2006, by electronic and/or ordinary mail.

                                                  s/Julie Owens
                                                Case Manager, (313) 234-5160